

2:12-mj-108-GZS

## Complaint Synopsis

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2012 JUN 15  A 8:49

[illegible stamp]

| Name: | Devine Harvin |
|---|---|
| Address: (City & State Only) | Bronx, New York |
| Year of Birth and Age: | 1980; 32 years old |
| Violations: | Count One:<br><br>Conspiracy to distribute and possess with intent to distribute oxycodone. 21 U.S.C. § 846, 841(a)(1). |
| Penalties: | Count One:<br><br>Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| Supervised Release: | Count One:<br><br>Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Count One:<br><br>Not more than two years. 18 U.S.C. § 3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| Defendant's Attorney: | |
| Primary Investigative Agency and Case Agent Name: | DEA – SA Steven Galbadis; TFA Thomas Lapierre |
| Detention Status: | To be determined |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |

| County: | York |
|---|---|
| AUSA: | David B. Joyce |
| Guidelines apply?   Y/N | Yes |
| Victim Case: | No |
| Corporate Victims Owed Restitution: | N/A |
| Assessments: | $100 per count |